# **EXHIBIT C**

**Jesse Wayne Pritchard**
**Transactions in Navient Corporation (NAVI) Securities**
**Class Period: February 25, 2016 and October 4, 2017, inclusive**

| | |
|---|---:|
| **Net Shares Retained** | 700 |
| **Total Retained Cost** | $ 10,891.30 |
| **Value of Retained Shares** | $ 8,675.26 |
| **90-Day Average** | $ 12.3932 |
| **Losses** | $ 2,216.04 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 7/19/2017 | B | 700 | 15.559 | 10,891.30 |

**Jay Montblanc**
**Transactions in Navient Corporation (NAVI) Securities**
**Class Period: February 25, 2016 and October 4, 2017, inclusive**

| | | |
|---|---:|---:|
| Net Shares Retained | | 450 |
| Total Retained Cost | $ | 6,475.50 |
| Value of Retained Shares | $ | 5,576.96 |
| 90-Day Average | $ | 12.3932 |
| Losses | $ | 898.54 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 8/9/2016 | B | 450 | $14.39 | 6,475.50 |