Kevin M. McDonough
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

Peter A. Wald (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: peter.wald@lw.com

Christopher S. Turner (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: christopher.turner@lw.com

*Attorneys for Defendants Navient Corporation, John F. Remondi,
Somsak Chivavibul, and Christian M. Lown*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE NAVIENT CORPORATION SECURITIES LITIGATION | Case No. 1:17-cv-08373-RBK-AMD<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>ORAL ARGUMENT REQUESTED<br><br>Motion Day: August 5, 2019[1] |

---

[1] On March 29, 2019, this Court entered an Order Granting Time To Move, Plead Or Otherwise Respond To The Second Amended Complaint (D.I. 35). That order established a schedule governing the filing of the second amended complaint and Defendants' response thereto in the above-captioned matter. That schedule provides that, should Defendants move to dismiss the Second Amended Complaint, Lead Plaintiff should have until and including June 13, 2019 to oppose the motion to dismiss and Defendants should have until and including July 29, 2019 to file a reply in support of their motion to dismiss. Defendants' proposed motion day is approximately one week following the scheduled close of briefing per D.I. 35.

TO:  THE CLERK OF COURT AND COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that August 5, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, Defendants Navient Corporation ("Navient"), John F. Remondi, Somsak Chivavibul, and Christian M. Lown (collectively, "Defendants") will move, by and through the undersigned attorneys, before the Honorable Robert B. Kugler, U.S.D.J., for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Second Amended Complaint in the above-captioned action with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendants will rely upon the accompanying Memorandum of Law, Declaration of Sian B. Jones, and proposed Order, as well as all pleadings and other documents filed with the Court in this matter, including the motion to dismiss and documents in support thereof submitted by Defendants.

Oral argument is requested.

*[signature page follows]*

Dated: April 29, 2019

                        Respectfully submitted,

                        **LATHAM & WATKINS LLP**

                        By:  /s/ Kevin M. McDonough
                                Kevin M. McDonough

                        885 Third Avenue
                        New York, NY 10022
                        Telephone: (212) 906-1200
                        Facsimile: (212) 751-4864
                        Email: kevin.mcdonough@lw.com

                        Peter A. Wald (*pro hac vice*)
                        **LATHAM & WATKINS LLP**
                        505 Montgomery Street, Suite 2000
                        San Francisco, CA  94111-6538
                        Telephone: (415) 391-0600
                        Facsimile: (415) 395-8095
                        Email:  peter.wald@lw.com

                        Christopher S. Turner (*pro hac vice*)
                        **LATHAM & WATKINS LLP**
                        555 Eleventh Street, Suite 1000
                        Washington, DC  20004-1304
                        Telephone:  (202) 637-2200
                        Facsimile:  (202) 637-2201
                        Email:  christopher.turner@lw.com

                        *Attorneys for Defendants Navient Corporation, John F. Remondi, Somsak Chivavibul, and Christian M. Lown*