**LEVI & KORSINSKY, LLP**
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Attorneys for Lead Plaintiff
and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NAVIENT CORPORATION SECURITIES LITIGATION | Master File No. 17-8373 (RBK/AMD)<br><br>**DECLARATION OF JONATHAN K. GITLEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDICIAL NOTICE**<br><br>Motion Day: August 5, 2019 |

I, Jonathan K. Gitlen, state under penalty of perjury under the laws of the United States that the following statements are true and correct, pursuant to 28 U.S.C. §1746:

1. I am an Associate at Levi & Korsinsky, LLP, 1101 30th Street, N.W., Suite 115, Washington, DC 20007, attorneys for Plaintiff, Jesse Wayne Pritchard. I am admitted to the Bars of the State of California and the District of Columbia. I

1

am submitting this declaration in support of Plaintiff's Opposition to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

2. On May 17, 2019, I caused a Google search to be run with the search string: "Warren presses Navient on internal Education Department review", which resulted in two pages of results. None of the results returned the Exhibit 7 document, besides the source identified in the Jones Declaration, i.e., https://news.navient.com/static-files/5afa1bd9-0a8a-4e4f-83e6-74a736c8b80d.

3. On May 17, 2019, I also visited the Politico Pro website, *available at* www.politicopro.com. I caused a search of Politico Pro's website through its internal search bar for the search string: "Warren presses Navient on internal Education Department review". None of the results returned the Exhibit 7 document. In fact, the search did not even reveal anything with a publishing date of the same date as the Exhibit 7 document, i.e., November 20, 2018.

Executed on the 14th day of June, 2019.

JONATHAN GITLEN