NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| IN RE NAVIENT CORPORATION SECURITIES LITIGATION | : : : : : : : : : : : : | Civil No. 17-8373 (RBK/AMD)  **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon the Motion (Doc. 36) of Defendants Somsak Chivavibul, Christian M. Lown, John F. Remondi, and Navient Corporation to dismiss Plaintiff's consolidated Complaint (Doc. 33). For the reasons expressed in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Defendants' Motion (Doc. 36) is **DENIED**.

Dated:   12/30/2019                                         /s Robert B. Kugler
                                                                         ROBERT B. KUGLER
                                                                         United States District Judge