# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

March 5, 2021

Hon. Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *In re Navient Corporation Securities Litigation,* No. 1:17-cv-08373-RBK-AMD

Dear Magistrate Judge Donio:

On behalf of Plaintiff Jesse Wayne Pritchard and Defendants Navient Corporation, John F. Remondi, Somsak Chivavibul, and Christian M. Lown (collectively, "Defendants"), the parties submit this joint letter pursuant to the Court's February 11, 2021 Order (D.I. 97) resolving the pending motion for protective order as moot (D.I. 91).

On December 17, 2020, counsel for Defendants emailed Mr. Brian Wickensimer notifying him that his deposition transcript from the *Consumer Financial Protection Bureau v. Navient Corp.* matter was requested in this action. On December 18, 2020, Mr. Wickensimer emailed a copy of his motion for a protective order to the clerk of this Court, copying counsel for the parties. The motion was filed as D.I. 91, and is still pending on the Court's docket.

The parties jointly agree that the deposition transcript that is the subject of that pending motion (D.I. 91) will not be sought through discovery in this litigation and will not be produced in this litigation. As a result of this agreement, the parties further agree that Mr. Wickensimer's motion is moot.

Respectfully,

Christopher S. Turner (Admitted *Pro Hac Vice*)
of LATHAM & WATKINS LLP

US-DOCS\121657351.1

**Hon. Ann Marie Donio**
**March 5, 2021**
**Page 2**

LATHAM&WATKINS LLP

                                    Adam M. Apton
                                    of LEVI & KORSINSKY LLP

cc: All Counsel of Record (via ECF)