[D.I. 91]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE NAVIENT CORPORATION SECURITIES LITIGATION | Civil No. 17-8383 (RBK/AMD) |

**<u>ORDER</u>**

This matter having come before the Court by way of motion [D.I. 91] of non-party Brian Adam Wickensimer seeking a protective order precluding the production in this litigation of testimony he provided in the matter *Consumer Financial Protection Bureau v. Navient Corporation, et al.*, No. 17-cv-00101-RDM (M.D. Pa.); and the Court noting that the parties in this matter have submitted a joint letter indicating that Mr. Wickensimer's deposition transcript "will not be sought through discovery in this litigation and will not be produced in this litigation" (Letter from Christopher S. Turner, Esq. and Adam M. Apton, Esq. [D.I. 103], Mar. 5, 2021); and it therefore appearing that the motion for a protective order is moot; and the Court having considered this matter pursuant to Federal Rule of Civil Procedure 78; and for good cause shown:

IT IS on this **8th** day of **March 2021**,

**ORDERED** that the motion [D.I. 91] of non-party Brian Adam Wickensimer for a protective order shall be, and is hereby, **DISMISSED**; and it is further

**ORDERED** that the Clerk's Office shall send a copy of this Order to the movant, Brian Adam Wickensimer, at the address provided on the docket.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Robert B. Kugler