UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                  Proceeding Date: March 5, 2021

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                              DOCKET NO. 17cv8373(RBK/AMD)

**In Re: Navient Corporation Securities Litigation**

**APPEARANCES:**
Nicholas Porritt, Esq., Adam Apton, Esq., Pamela Hunter, Esq. and Elizabeth Tripodi, Esq. for plaintiffs
Kevin McDonough, Esq., Christopher Turner, Esq., and Jordan Cook, Esq. for defendants

**NATURE OF PROCEEDINGS:**    Telephonic Discovery Conference

**DISPOSITION:**
Telephonic Discovery Conference held on the record
Hearing on plaintiff's application to compel the production of expert reports
Ordered application denied without prejudice in part and reserved in part
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 10:07a.m. Time Adjourned: 10:45 a.m. Total time: 38 mins.