<u>**NOT FOR PUBLICATION**</u>

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**CAMDEN VICINAGE**

|  |  |
|---|---|
| POPE, | : |
| | : |
| Plaintiff, | :  Civil No. 17-8373 (RBK/AMD) |
| | : |
| v. | :  **ORDER** |
| | : |
| NAVIENT CORP., et al., | : |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |

**KUGLER**, United States District Judge:

THIS MATTER comes before the Court upon Plaintiff's Motion for Class Certification (Doc. No. 70); for the reasons expressed in the corresponding Opinion,

IT IS HEREBY ORDERED that Plaintiff's Motion for Class Certification (Doc. No. 70) is **GRANTED**.

Dated:  3/9/2021                          s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge