**EXHIBIT D-50**

| November 21, 2018 | Navient Corp. (NAVI) |

*AP Criticizes NAVI; No Read Through for SLM*

**Rating:**
**OUTPERFORM**
Price:
**$10.73**
12-Month Price Target:
**$15.75**

**Analysts**
**Henry Coffey, CFA**
212-833-1382
Henry.Coffey@wedbush.com

**Company Information**
| | |
|---|---:|
| Shares Outst (M) | 264.6 |
| 52-Week Range | $11.42 - $14.73 |
| Market Cap (M) | $3,413.7 |
| Cash/sh | $1,518.00 |
| Enterprise Value (M) | $105,169 |
| Tangible Book Value/sh | $10.05 |
| Net Debt (M) | $108,265.00 |
| Yield | 5.10% |

| REV (M) | | | in $ |
|---|---|---|---|
| FYE Dec | 2018E | 2019E | 2020E |
| Q1 Mar | 509.0A | 490.4E | |
| Q2 Jun | 492.0A | 477.3E | |
| Q3 Sep | 518.3E | 480.7E | |
| Q4 Dec | 512.7E | 456.9E | |
| **Year*** | **2,032.0E** | **1,905.2E** | **1,907.7E** |

| EPS | | | in $ |
|---|---|---|---|
| FYE Dec | 2018E | 2019E | 2020E |
| Q1 Mar | 0.43A | 0.48E | |
| Q2 Jun | 0.52A | 0.48E | |
| Q3 Sep | 0.50E | 0.52E | |
| Q4 Dec | 0.51E | 0.52E | |
| **Year*** | **1.95E** | **2.00E** | **2.05E** |
| P/E | 5.5x | 5.4x | 5.2x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

### The Wedbush View

The AP's release of a Department of Education (ED) audit of NAVI's servicing calls indicates that out of 2,400 audited calls, "close to" 1 out of 10 borrowers were only offered a deferment plan and not an IBR. The AP received a copy of the audit from Senator Elizabeth Warren's office, which implies a political edge here. These sorts of issues are murky and the language used tends to be inflammatory. While we are on the outside looking in, we do not think this audit points to an endemic flaw in NAVI's servicing. From a financial perspective, the company has more than enough resources to continue to support its dividend, one of the more compelling aspects of owning the stock.

An article released Tuesday during market hours by the Associated Press entailed comments from the Department of Education's audit of NAVI's servicing call made between 2014 and 2017. According to the AP's article, the Dept. of Ed. reviewed a random selection of 2,400 calls taken from a batch of 219,000 calls. The ED found that "nearly" 1:10 callers were only offered a deferment to address their inability to pay their loans; they could have also been offered an income based repayment (IBR) plan. The AP got a copy of the audit from Elizabeth's Warren's office. In the article, the AP listed the 5 state AGs that are suing NAVI over its collection process and made reference to the CFPB's lawsuit. Some observations:

1. The lawsuits from the various state AGs have been bouncing around for the last year or so and the CFPB's suit, which came out days before Trump's inauguration in 2017, is part of an inquiry that has been going on for years. So, this is not new news, nor good news.

2. This is the first piece of news that makes reference to a specific audit by the Department of Education. It is not clear the exact circumstances in which a deferment was recommended over an IBR and that there are situations where one solution is better than the other (there 56 repayment options to consider).

3. It is worth noting that the source of the release was Senator Warren's office. Given this, we would view it as a more of a political move than a shift from either the Dept. of Ed or the CFPB. The AP article sighted that the ED's stance in not releasing the audit was part of its view that only it has jurisdiction over servicing matters.

4. Technically, this should not impact NAVI's bid on the Department of Education's servicing contract. NAVI entered into the process as a sub-bidder (as are others) in conjunction with a principal bidder and the ED has had access to this audit and still let NAVI go forward as part of the bidding process to RFP Stage #2.

5. **Not SLM**: SLM has, over the years, been caught up in actions by the CFPB and others targeting servicing practices by NAVI, but since these actions all occurred prior to the split between NAVI and SLM, SLM is covered by an indemnification agreement between these two established as part of the spin.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–5 of this report for analyst certification and important disclosure information.



## Investment Overview

The primary attraction to this stock is the high yield associated with its current dividend as well as the currently attractive valuation based upon conventional metrics. The company is looking at a number of initiatives not factored into our earnings such as the potential bid for student loan servicing with the Department of Education and growth in loans tied to additional portfolio purchases and acquisitions of student loan refinancing loans.

| **Bear Case** | **Base Case** | **Bull Case** |
| --- | --- | --- |
| The bear case focuses on the negative impact of rising rates and changes on LIBOR spreads on this company's margin and concerns over all of the open regulatory items. | NAVI is expected to continue to build both sides of its business - lending and servicing and pays a handsome dividend. | The bull case focuses on the benefits of a potential win on the ED's servicing contract and the PV of its liquidating student loan book, which many estimate to be north of the current share price. |

| **Upcoming Catalysts** | **Primary Value Driver** |
| --- | --- |
| Pending quarterly earnings, guidance, and developments at both the Dept of Ed and the CFPB. | New portfolio, new business wins; trends in loan quality |

| **Valuation** | **Investor Sentiment** |
| --- | --- |
| **Price Target and Investment View**. We arrive at our $15.75 price target by applying an ~8x target multiple to our 2020 EPS estimate of $2.05. | Neutral to Positive - the hybrid business services / lending model is hard to digest, but the reinstitution of the buy-back is a big item. |

| **Company Description** | **Price Performance** |
| --- | --- |
| Navient Corporation is a loan management, servicing and asset recovery company spun out of Sallie Mae in 2014. It holds portfolios of FFELP and private education loans, and offers loan servicing and collections services. |  |

*Source: EDI*

www.wedbush.com

Page  2



## Valuation

**Price Target and Investment View.**
We arrive at our $15.75 price target by applying an ~8x target multiple to our 2020 EPS estimate of $2.05.

**Risks to the Attainment of Our Price Target and Rating:**
Risks to NAVI's business include: ongoing litigation with the CFPB, interest rate risk due to its liability-sensitivity, and any future changes to the Department of Education's Direct Loan Program, which could affect NAVI either positively or negatively, depending on the news.

## Analyst Certification

I, Henry Coffey, certifies that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

## Mentioned Companies

**Investment Rating System:**

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of November 21, 2018) | Investment Banking Relationships (as of November 21, 2018) |
|---|---|
| OUTPERFORM: 60.60% | OUTPERFORM: 12.32% |
| NEUTRAL: 37.91% | NEUTRAL: 0.79% |
| UNDERPERFORM: 1.49% | UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**
1. WS makes a market in the securities of Navient Corp..

**Price Charts**



Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies intiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: http://www.wedbush.com/ResearchDisclosure/DisclosureQ118.pdf

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Please access the attached hyperlink for WS' Coverage Universe: http://www.wedbush.com/services/cmg/equities-division/research/equity-research

Applicable disclosure information is also available upon request by contacting Leslie Lippai in the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com, or the Business Conduct Department (213) 688-8090. You may also submit a written request to the following: Business Conduct Department, 1000 Wilshire Blvd., Los Angeles, CA 90017.

## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contaned herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.



| Equity Research | | | | | |
|---|---|---|---|---|---|
| **CONSUMER AND RETAIL** | | | **HEALTHCARE** | | |
| *Consumer Data Analytics* | | | *Biotechnology* | | |
| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com | David Nierengarten, | (415) 274-6862 | david.nierengarten@wedbush.com |
| *Footwear & Apparel* | | | *Biotechnology* | | |
| Christopher Svezia | (212) 938-9922 | christopher.svezia@wedbush.com | Robert Driscoll | (415) 274-6863 | robert.driscoll@wedbush.com |
| *Hardlines Retail* | | | *Emerging Pharmaceuticals* | | |
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com | Liana Moussatos, Ph. | (415) 263-6626 | liana.moussatos@wedbush.com |
| *Homebuilders/Building Products* | | | | | |
| Jay McCanless | (212) 833-1381 | jay.mcCanless@wedbush.com | **TMT** | | |
| *Leisure* | | | *Enterprise Software* | | |
| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com | Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
| *Restaurants* | | | *Enterprise Software* | | |
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com | Steve Koenig | (415) 274-6801 | steve.koenig@wedbush.com |
| | | | *Digital Media* | | |
| **FINANCIAL INSTITUTIONS GROUP** | | | Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
| *Mid-Cap Banks* | | | *Digital Media* | | |
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com | Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
| *Regional Banks* | | | *Payments/IT Services* | | |
| Peter Winter | (212) 938-9941 | peter.winter@wedbush.com | Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
| *Specialty Finance* | | | *SMID Internet* | | |
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com | Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

### RESEARCH MANAGEMENT

| Jesse Bigelow | Strecker Backe |
|---|---|
| Director of Research | Associate, Equity Research |
| jesse.bigelow@wedbush.com | strecker.backe@wedbush.com |
| (212) 259-6581 | (212) 833-1367 |

### HEAD OF EQUITIES

**Kirsten Fraunces**
kirsten.fraunces@wedbush.com
(213) 688-4404

### CORPORATE ACCESS

| Anita Minassian | Phylicia Kirven |
|---|---|
| VP, Corporate Access | VP, Corporate Access |
| wedbush.conferences@wedbush.com | equitycorporateaccess@wedbush.com |
| (213) 688-4419 | (213) 688-4455 |

### TRADING

| *Consumer/Industrials* | | | *TMT* | | |
|---|---|---|---|---|---|
| Tyler Pasley | (213) 688-4466 | tyler.pasley@wedbush.com | Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |
| *Financials/Healthcare* | | | | | |
| Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com | | | |

### WEDBUSH OFFICES

| **LOS ANGELES** | **NEW YORK** | **SAN FRANCISCO** |
|---|---|---|
| 1000 Wilshire Boulevard | 142 W 57th Street | 2 Embarcadero Center, Suite 600 |
| Los Angeles, CA 90017 | New York, NY 10019 | San Francisco, CA 94111 |
| (213) 688-8000 | (212) 938-9920 | (415) 273-7300 |

| **BOSTON** | **CHICAGO** |
|---|---|
| 265 Franklin Street | 141 W. Jackson Boulevard, Suite 1710A |
| Boston, MA 02110 | Chicago, IL 60604 |
| (617) 832-3700 | (312) 786-1930 |

www.wedbush.com