# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE NAVIENT CORPORATION SECURITIES LITIGATION | Case No. 1:17-cv-08373-RBK-AMD <br><br> [~~PROPOSED~~] **ORDER** |

**THIS MATTER** having come before the Court upon the joint request of Defendants Navient Corporation, John F. Remondi, Somsak Chivavibul, and Christian M. Lown (collectively, "Defendants"), and Plaintiff Jesse Wayne Pritchard ("Plaintiff") by and through their counsel;

**IT IS HEREBY ORDERED** that the deadlines for briefing on the pending motions for summary judgment and other case deadlines are **ADMINISTRATIVELY TERMINATED** without prejudice to any party restoring it to the active docket by sending a letter to the Clerk's Office.

IT IS on this _20_ day of _September_, 2021,

So **ORDERED**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.