Adam M. Apton
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Class Representative
and Class Counsel*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NAVIENT CORPORATION SECURITIES LITIGATION | Master File No. 17-8373 (RBK/AMD) <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> **CLASS ACTION** <br><br> **Motion Day: December 20, 2021** |

    **PLEASE TAKE NOTICE** that under Rule 23 of the Federal Rule of Civil Procedure, on December 20, 2021 at 10:00 a.m., in Courtroom 4D of this Court located at 4th & Cooper Street, Camden, New Jersey 08101, Plaintiff will move for an Order granting preliminary approval of the proposed class action settlement.

    This motion is based upon this notice of motion and brief, declarations, and exhibits filed in support hereof.

Plaintiff also submits a proposed order granting the motion.

Dated: November 16, 2021 **LEVI & KORSINSKY, LLP**

<u>s/ Adam M. Apton</u>
Nicholas I. Porritt (admitted *pro hac vice*)
Adam M. Apton
55 Broadway, 10th Floor
New York, New York 10006
T: (212) 363-7500
F: (212) 363-7171
email: nporritt@zlk.com
email: aapton@zlk.com

*Attorneys for Class Representative
and Class Counsel*