Adam M. Apton
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Class Representative
and Class Counsel*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE NAVIENT CORPORATION SECURITIES LITIGATION | Master File No. 17-8373 (RBK/AMD) <br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on November 16, 2021 copies of the foregoing motion, brief, and accompanying declarations and exhibits were served upon counsel of record via CM/ECF.

    Executed this 16th day of November 2021.

                                                                s/ Adam M. Apton
                                                                 Adam M. Apton