Adam M. Apton
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Class Representative
and Class Counsel*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| IN RE NAVIENT CORPORATION SECURITIES LITIGATION | Master File No. 17-8373 (RBK/AMD) <br><br> **CERTIFICATE OF SERVICE** |
|---|---|

    I hereby certify that on March 8, 2022 copies of Plaintiff's Motion For Final Approval of Settlement, Brief in Support, and accompanying declarations and exhibits were served upon counsel of record via CM/ECF.

    Executed this eighth day of March 2022.

                                                                       s/ Adam M. Apton
                                                                       Adam M. Apton