Adam M. Apton
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Class Representative and Class Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NAVIENT CORPORATION SECURITIES LITIGATION | Master File No. 17-8373 (RBK/AMD) <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT** <br><br> **CLASS ACTION** <br><br> **Motion Day: April 12, 2022** |

**PLEASE TAKE NOTICE** that under Rule 23 of the Federal Rule of Civil Procedure, on April 12, 2022 at 3:00 p.m., in Courtroom 4D of this Court located at 4th & Cooper Street, Camden, New Jersey 08101, Plaintiff will move for an Order granting an award of attorneys' fees, reimbursement of expenses, and an award to Lead Plaintiff Jesse Wayne Pritchard.

This motion is based upon this notice of motion and brief, declarations, and exhibits filed in support hereof.

Plaintiff also submits a proposed order granting the motion.

Dated: March 8, 2022                    **LEVI & KORSINSKY, LLP**

                                        <u>s/ Adam M. Apton</u>
                                        Nicholas I. Porritt (admitted *pro hac vice*)
                                        Adam M. Apton
                                        55 Broadway, 10th Floor
                                        New York, New York 10006
                                        T: (212) 363-7500
                                        F: (212) 363-7171
                                        email: nporritt@zlk.com
                                        email: aapton@zlk.com

                                        *Attorneys for Class Representative*
                                        *and Class Counsel*