Adam M. Apton
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Class Representative*
*and Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| | Master File No. 17-8373 (RBK/AMD) |
| IN RE NAVIENT CORPORATION SECURITIES LITIGATION | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 8, 2022 copies of Plaintiff's Motion For Attorneys' Fees and Reimbursement of Expenses, Brief in Support, and accompanying declarations and exhibits were served upon counsel of record via CM/ECF.

Executed this eighth day of March 2022.

s/ Adam M. Apton
Adam M. Apton