

55 Broadway, 10th Floor
New York, New York 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

Adam Apton
aapton@zlk.com

April 11, 2022

**VIA CM/ECF**

Hon. Robert B. Kugler
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    *In re Navient Corporation Securities Litigation*
                No. 1:17-cv-08373-RBK-AMD

Dear Judge Kugler:

      The parties respectfully request that the in-person final approval hearing scheduled for tomorrow, April 12, 2022, at 3:00 p.m. be converted to a remote hearing whereby counsel can participate via telephonic or videoconference means.

      The undersigned anticipated attending tomorrow's hearing on behalf of the Plaintiff. However, as of this morning, a member of his household tested positive for COVID-19. While the undersigned is vaccinated, asymptomatic, and testing negative currently, counsel for all parties believe that the prudent course of action would be to avoid appearing in-person for tomorrow's hearing. Importantly, counsel for the parties did not receive any objections for the proposed settlement and are unaware of anyone other than themselves appearing for tomorrow's hearing.

      The request to convert the hearing to remote means is being submitted on behalf of Plaintiff and Defendants and pursuant to the direction of Your Honor's courtroom practices. If granted, counsel for Plaintiff would post the updated attendance protocol immediately to the settlement website in this action.

      Respectfully,

      Levi & Korsinsky LLP

By:     s/ Adam M. Apton
          Adam M. Apton