# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NAVIENT CORPORATION<br>SECURITIES LITIGATION | Master File No. 17-8373 (RBK/AMD)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby awards Lead Counsel fees for the class action settlement in the amount of $2,500,000 to be paid pursuant to the terms of the Stipulation of Settlement.

2. The Court further hereby awards Lead Counsel expenses in the amount of $988,508.88 to be paid pursuant to the terms of the Stipulation of Settlement.

3. The Court further hereby awards Lead Plaintiff Jesse Wayne Pritchard $15,000.

IT IS SO ORDERED.

DATED: April 14, 2022

_____
THE HONORABLE ROBERT B. KUGLER
UNITED SATES DISCTRICT COURT